MOTION DENIED
DATE: 4/3/15
BY: ____

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 10 2015

Abel Acosta, Clerk

76,670-06

In The
Court of Criminal Appeals of Texas

Ex parte Lamar Lovett
Applicant                                        NO. WR-76,670-06

Re: On application For A Writ of Habeas Corpus, Cause No.
   D-1-DC-10-904094. In the 299th District Court From
                Travis County

Motion For Judgement In The Court of Criminal Appeals pursuant
to T.R.A.P. Rule 78.1

        To the Honorable Justices Of The Court of Criminal Appeals:
    Comes now, Lamar Lovett Pro Se, pursuant to T.R.A.P.
Rule 78.1 and files this Motion For Judgement by this Honor-
able Court for the following reasons:

                              I
    On November 19, 2014 this Court issued an Order granting
the 299th District Court 90 days within which to invest-
igate and enter findings regarding Applicant's claims.
To this date, April 3, 2015, — 138 days has past — no
motion requesting extension of Time filed and no findings
of anything or any kind have been filed in comp-
liance. Thusly the 299th District Court is in default
of this Honorable Courts filed Order.

                              II.
    By remaining mute, the 299th District Court
itself validates Applicants claims in full.

                              III.
    In the interest of justice, Applicant requests
that this Honorable Court render a Judgement

parameters of consideration in reversing or vacating the Trial Courts judgement. Thus ensuring the repudicating Court address these "Violation of due process" issues presented.

## Prayer

Applicant prays this Court sees the necessity in bringing a judgement to his 11.07, acknowledging the facts shown to be validated by the 299th District Courts indisputable decision NOT to rebut Applicant's issues presented in good faith.

As T.R.A.P. Rule 78.2 outlines: a "Remand in the interest of Justice" is, in the Applicants view, minimally appropriate. Applicant requests of this Honorable Court grant any other relief allowed by law.

Respectfully Summitted

_Lamar Lovett_

Lamar Lovett #1687455
McConnell Unit
3001 S. Emily Dr.
Beeville Texas 78102

## Certificate Of Service

This is to certify, that a Copy of the foregoing has been mailed to the clerk of the Texas Court of Criminal Appeals

No WR-76,670-06

Dear Honorable Clerk,                                                    April ___, 2015

    Please find enclosed for filing Applicant's Motion For Judgement In the Court of Criminal Appeals Pursuant To T.R.A.P. Rule 78.1. Please file same with the Court and place this Motion on the docket for a setting. Applicant asks to be allowed to proceed under Rule 2 of the T.R.A.P. due to not having access to a copy service. Please provide me with a copy date marked of the foregoing for my records. I thank you for your time and effort in this matter. I await your reply to this matter.

    Respectfully

    Lamar Lovett

Lamar Lovett #1687455
McConnell Unit
3001 S Emily Drive
Beeville TX 78102